**Electronically Filed
Supreme Court
SCWC-21-0000400
27-AUG-2025
08:36 AM
Dkt. 29 ODMR**

SCWC-21-0000400

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

THE BANK OF NEW YORK MELLON, formerly known as THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-11, Respondent/Plaintiff-Appellee,

vs.

BRENDA MERLE WHITE; ASSOCIATION OF APARTMENT OWNERS OF KUMELEWAI COURT; MILILANI TOWN ASSOCIATION, Respondents/Defendants-Appellees,

and

GABI KIM COLLINS, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000400; CASE NO. 1CC181000644)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of Petitioner/Defendant-Appellant Gabi Kim Collins' Motion for Reconsideration of the Hawaiʻi Supreme Court's Published Opinion filed on August 7, 2025, and the record and files herein,

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, August 27, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens